**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Diana M. Hendry, Esq.
7 Giralda Farms
Madison, New Jersey 07940
Tel: (973) 624-0800
Fax: (973) 624-0808
*Attorneys for Defendant River Street Auto Sales, LLC d/b/a Riverside Nissan*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVER STREET AUTO SALES, LLC D/B/A RIVERSIDE NISSAN,<br><br>Defendant. | **ELECTRONICALLY FILED DOCUMENT**<br><br>Case No.: 2:22-cv-00885-KSH-LDW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Elizabeth Rodriguez and Defendant River Street Auto Sales, LLC d/b/a Riverside Nissan that Plaintiff's claims in this matter against Defendant by and hereby are dismissed with prejudice with each party to pay its own costs, expenses, and attorneys' fees.

Dated: November 16, 2023

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **DAPEER LAW, P.A.** |
| /s/ Diana M. Hendry_____<br>Diana M. Hendry, Esq.<br>Attorneys for Defendant | /s/ Rachel Dapeer_____<br>Rachel Dapeer, Esq.<br>Attorneys for Plaintiff |

SO ORDERED this day of November 16, 2023
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

287738811v.1